

# *L*iberty Ridge Farm

583 Varner Lane, McAlisterville, PA  17049 • Phone: (717) 463-2515 • FAX: (717) 463-0021

## Power of Attorney
### to
### Liberty Ridge Farm

This agreement made this _1_ day of _Aug_, 20_19_, by and between _Kenny Zimmerman_ and _Janet Zimmerman_, the natural/adoptive parent(s) and/or legal guardians of _Braiden Zimmerman_, _18_ years of age, born the _17_ day of _December_, _2000_ residing at _2785 N Hamilton Lane_ in the city of _Belle Rive_, county of _Jefferson_, state of _Illinois_, and Liberty Ridge Farm, its officers, and its agents:

**Whereas,** Liberty Ridge Farm is committed to the care and rehabilitation of boys who have encountered personal, social, and/or spiritual problems and difficulties and

**Whereas,** the undersigned natural/adoptive parent(s) and/or legal guardians agree that the above named boy is in need of care and supervision offered by Liberty Ridge Farm in the hopes he can be rehabilitated for a successful future.

**Witnesseth:**

1.      To the fullest extent permitted by law, I/we do hereby appoint Liberty Ridge Farm temporary guardian for my/our child, hereby relinquishing said child to the custody of Liberty Ridge Farm, who shall have full custody control and care of my/our child. Liberty Ridge Farm is authorized to exercise any and all rights and responsibilities necessary for the care and well being of my/our child. The initial term of this Power of Attorney will be for one year, unless it is otherwise terminated as provided herein. At the expiration of one year from the date first written above, I/we agree that the term of this Power of Attorney will be automatically extended for a period not to exceed five additional years. Liberty Ridge Farm will notify the other party in writing of its intention to terminate this Power of Attorney within thirty (30) days following my/our child's release from Liberty Ridge Farm.

2.      I/we do grant Liberty Ridge Farm full power and authority to do and perform each and every act and thing necessary to be done for the proper and reasonable care, support, and education of my/our child, including moral, ethical and religious instruction and the authority to do and perform all such acts as set out herein in my/our place and stead with full and complete authority to act as my/our Agent in the performance of said duties as I/we might act if personally present.

3.      I/we do grant Liberty Ridge Farm full power and authority to inspect and disclose any information relating to the physical and mental health of my/our child; to secure medical care and to make any and all health care decisions; to sign documents, waivers and releases required by a hospital or physician; to authorize my/our child's admission to or discharge from any hospital or other medical care facility (including transfer to another facility); to consult with any provider of health care; to consent to the provision, withholding, modification or withdrawal of any health care procedure; and to make any and all other decisions related to my/our child's health needs. Any holder of medical records may give Liberty Ridge Farm any of my/our child's medical records, regardless of his/her medical condition. Liberty Ridge Farm Staff is my/our child's personal representative authorized to receive my/our child's "protected health information" as defined by HIPAA and HIPAA regulations. I/we understand that no health and or accident insurance is provided by Liberty Ridge Farm. I/we also understand and agree that I/we are solely responsible for and will pay any cost and expense for medical and dental expenses incurred by Liberty Ridge Farm in the performance of the powers herein granted unto it.

4.      To the fullest extent permitted by law, I/we, for myself/ourselves and my/our child, do release Liberty Ridge Farm, its officers, directors, employees, agents, and staff from any and all claims, liabilities, demands, costs, charges, expenses, actions, and causes of action, of whatever kind or nature, for any manner of thing done to my/our child by its officers, directors, employees, agents and staff.



*Lives Restored to Freedom in Christ*

# DOL0056

5.      To the fullest extent permitted by law, I/we agree to indemnify Liberty Ridge Farm and its officers, directors, employees, employers, volunteers, agents, and staff against any and all liability, loss or damage that Liberty Ridge Farm may suffer as a result of claims, demands, costs or judgments of my/our child arising out of Liberty Ridge Farms care and custody of my/our child for the term of his stay at Liberty Ridge Farm.

6.      I/we further understand that under no circumstances can Liberty Ridge Farm be under any obligation to my/our child (than otherwise set forth herein): and that the minor child is a beneficiary, and not an employee of Liberty Ridge Farm.

7.      I/we understand that admission and continued residence at Liberty Ridge  Farm is dependent on the need for such assistance, and my/our child's willingness to help himself and others so situated, including the voluntary performance of such duties as may be assigned. I/we agree that Liberty Ridge Farm can, in its sole discretion at any time, terminate this power of attorney and return the child to my/our full custody, control and care without further obligation, liability, or refund of any payment received pursuant to this power of attorney.

8.      I/we have been informed of and have read and agree to, the rules and regulations of Liberty Ridge Farm, relating to the care and supervision of my/our child by the officers, directors, employees, volunteers, agents, and staff. A sample list of rules is available to me/us at my/our request

9.      I/we agree that the provisions of this power of attorney, and any extension thereof, shall be governed by the laws of the commonwealth of Pennsylvania and interpreted and construed in accordance with such laws with out regard to the principals of the conflicts of the law.

10.     I/we agree that if any term, covenant condition, or provision of this power of attorney, and any extension thereof, is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired, or invalidated.

11.     I/we the parent(s) and or legal guardians of _Matthew Zimmerman_, have carefully read the forgoing agreement and power of Attorney and know the contents thereof, including any attached exhibit(s) and I/we have executed same of my own free will and voluntary act.

Witness my (our) hand(s) and read this _1_ day of _Aug_, 20 _19_.

_Kenneth Zimmerman_
Father (or guardian)

_Janet Zimmerman_
Mother (or guardian)

Before me personally appeared _Kenneth Zimmerman_ and _Janet Zimmerman_, who after being duly sworn or affirmed, identified and known to me to be the person(s) who executed the foregoing Power of Attorney, acknowledged the same to be true and correct on the _1_ day of _August_, 20 _19_.

_Pamela K Ellis_
Notary Public

My commission expires: ___02/27/20___

```
OFFICIAL SEAL
PAMELA K ELLIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/20
```

DOL0057

# Liberty Ridge Farm
## Medical Consent form
### Consent to obtain emergency and medical care

I, _Janet Zimmerman_ hereby grant permission for Liberty Ridge Farm to acquire medical history and treatment for my son, _Braiden Zimmerman_ . I also authorize the bill for this treatment to be sent to me at the address provided below. Date _Aug 1, 2019_

Child's Birthday _Dec. 17, 2000_

Parents _Kenny + Janet Zimmerman_
Address _2785 N Hamilton Lane_
_Belle Rive IL 62810_
Phone _618-736-2788_

Emergency Contact _Kenny or Janet Zimmerman_
Address _2785 N Hamilton Lane_
_Belle Rive IL 62810_
Phone _618-599-3104 / 618-559-4208_

Family Doctor: _Dr. Lyndon Pearson_
Address _4230 Lincolnshire Dr_
City/State /Zip _Mt Vernon IL 62864_
Phone _618-244-6770_

Signatures:
Father _Kenneth Z~_
Mother _Janet Zimmerman_
Guardian

Family Optometrist _Marion Eye Center_
Address _3111 Broadway St._
City /State /Zip _Mt. Vernon IL 62864_
Phone _618-244-2777_

Family Dentist _Dr. Brian Hauber_
Address _204 N Hancock St._
City / State / Zip _Mcleansboro IL 62859_
Phone _618-643-3300_

### Medical History
*(use other side if necessary)*

List any serious illnesses, hospitalizations, accidents, injuries, operations, seizures, convulsions, or extremely high temperatures your child has had, along with dates. _None_

Does your child have any allergies? Please list with symptoms. _None_

Is your child on any medications at this time? _No_
Please list the drug, dosage, and reason for use.

Does your child have any ongoing medical condition, physical handicaps, or has he had any fractures? _No_
Please list with dates

Date of child's last Physical exam _2015_
Dental exam _2018_
Vision exam _7-19-19_

DOL0058

**Agreement of Acceptance**
**to**
**Liberty Ridge Farm**

**THIS AGREEMENT** made this _9TH_ Day of _OCTOBER_, 20_20_, by and between _KARL G. MARTIN_, resident, with an address of _36579 TOWNVILLE RD_ _CENTERVILLE   PA_, (hereinafter "Resident"), and Liberty Ridge Farm, it's officers, and it's agents (hereinafter collectively "Liberty Ridge Farm").

**WHEREAS**, Liberty Ridge Farm is committed to the care and rehabilitation of young men who have encountered personal, social, and/or spiritual problems and difficulties; and

**WHEREAS**, Resident desires the care and supervision offered by Liberty Ridge Farm in the hopes that he can be rehabilitated for a successful future; and

Whereas, Liberty Ridge Farm desires to provide to Resident said care and supervision.

**NOW THEREFORE**, in consideration of the within mutual covenants, and intending to be legally bound hereby, the parties hereto agree as follows:

1. Liberty Ridge Farm provides a program of care and rehabilitation (the "Program") to young men who have encountered personal, social, and/or spiritual problems and difficulties in their life and who are requesting help learning to cope with, understand and overcome such problems and difficulties, with the hope to be rehabilitated for a successful future. To that end, Liberty Ridge Farm provides various educational, physical, moral, ethical and religious training.

2. By signing this Agreement, Resident is requesting admittance into the Program and understands and acknowledges that his acceptance and continued participation in the Program is based upon Resident agreeing to and abiding by the rules and regulations of Liberty Ridge Farm. Resident acknowledges that he has received a copy of and has read the rules and regulations of Liberty Ridge Farm and agrees to follow said rules and regulations as they may be modified from time to time. Any modifications of the rules and regulations will be communicated to Resident. Resident further agrees to follow any reasonable direction given by supervising agents of Liberty Ridge Farm.

3. Resident further understands that admission and continued participation at Liberty Ridge Farm is dependent on the need for assistance and the willingness to help himself and others so situated, including the voluntary performance of such duties as may be assigned. Duties that may be assigned are intended for education, rehabilitation and personal need and in no way creates an employer/employee relationship.

Page 1 of 2

DOL0061

4. To the fullest extent permitted by law, Resident, and Resident's heirs, executors, administrators, representatives, successors, next of kin and assigns, agrees to release, waive, discharge, and covenant not to sue, and agrees to defend, indemnify and hold Liberty Ridge Farm, it's officers, directors, employees, agents, and staff harmless from and against any and all claims, liabilities, demands, costs, charges, expenses, actions, and causes of action, of whatever kind or nature, for any manner of thing done to Resident by Liberty Ridge Farm, it's officers, directors, employees, agents and staff.

5. If any term, covenant provision, or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

6. The provisions of this Agreement shall be governed by the laws of the Commonwealth of Pennsylvania and interpreted and construed in accordance with such laws without regard to the principals of the conflicts of law.

7. Resident acknowledges that he has carefully read this Agreement and knows the contents thereof, and has executed same of his own free will and voluntary act. Either party may, in their sole discretion, terminate this Agreement at any time by giving notice of such desire to the other party.

8. This Agreement shall be binding in all respects on the parties' heirs, executors, administrators, representatives, successors, next of kin and assigns. The parties understand that the rights and obligations hereunder are personal, and may not be assigned without the written permission of the other party.

In Witness Whereof, the parties hereto have set their hands and seals this _9TH_ day of _OCT._ _2020._ .

_Mark G Martin_
Resident, sign name

_Karl G. Martin_
Resident, print name

Liberty Ridge Farm:

By: _[signature]_
Agent, sign name

DOL0062

## Liberty Ridge Farm
### Resident Application – Parents

Name of youth _Christian Martin_    Date _June 11-2018_
Address _330 Rd 148_    Home Phone _307-249-2401_
_Carpenter, WY 82054_    Age _17_
Home Congregation _Hereford Community Church_  Race _Mixed_
Adopted?(Yes)/No    Parents _Helen Martin_

1. Describe the situation that has led you to contact Liberty Ridge Farm.
_We have several special needs children. Christian hurt one of them on purpose by destroying his bleeding tube._

2. Describe his pattern of misbehavior
_If he sees something he wants, he will lie, steal or coming to get it._

3. Describe any physical limitations he has.
_He only uses one eye for vision._

4. How does he express anger?
_Raises his voice, can grit his teeth and throw his arms down_

5. Has he ever been abused physically, verbally, sexually? (Circle those that apply)
_no_

Describe that abuse.
_None_

6. Does he struggle with depression?
_no_

7. How does he relate to his peers?
_He is very cheerful and can be helpful_

8. How does he relate to his siblings? Comments you may have _He loves his brothers + sisters, but He does tattle on them and can try to get them in trouble._

Has there been a death of anyone close to him in recent years? _no_
If yes, how did he relate to that death?

10. Describe his school life. _He has always been homeschooled. His last 3 years have been very difficult. He would refuse to do his work_

11. Explain the methods of discipline you used on this child (what worked, what didn't work) _We have tried sitting on a stool with no talking, spanking, and going to bed early which worked the_

12. What seems to be the most difficult thing for your child to do? _Best ab can have difficulty focusing and finishing tasks if he doesn't want to do it_

13. Describe a typical meal time in your home. _We always eat together for lunch and dinner._

14. Describe how you communicate with your family.
_Christian can talk very well and is not afraid to do it a lot._

15. What hobbies does your child have? *he loves puzzles, games + crafts*

16. Has your child ever had access to alcohol, drugs, tobacco? If so, explain.
*no*

17. Will you support and submit to the Liberty Ridge Farm guidelines?
*absolutely*

Signatures

Father _____ Mother *Helen Martin*

Guardian *Helen Martin* Date *June 11- 2018*

DOL0069