03/21/2018    10:59    4107757675    CUSTOM POLE BLDGS    PAGE  01/02

Case 1:22-cv-01355-YK-21/Document 59-4  Filed 10/30/24  CUSTOM POLE BLDGS

To:    Page 2 of 3
03/21/2018  03:28    4107757675
2018-03-21 21:41:52 (GMT)    CUSTOM POLE BLDGS    16366005111  From: Jason Hoover
PAGE  01/02

# Liberty Ridge Farm
### Resident Application - Parents

Name of youth  Michael Hoover                                    Date Oct 20, 1997
Address                                                          Age  20
    PO Box 245                              Parents  Jason & Nora Hoover
    Neche, ND. 58265                         Congregation  Lightfield
    Race  White                             Adopted – Yes –(No)

1.   Describe the situation that has led you to contact Liberty Ridge Farm.

Michael has been living with his brother Matthew and his wife, and they discovered he was using a smart phone. Matthew confronted him and he seems to be genuine this time becasue he has confessed things that he never did before, but we believe he needs some intense help to re-train his thought patterns.

2.   Describe his pattern of misbehavior

Michael has had a long pattern of hiding sin in his life and lying about it until he is caught. When caught he will readily confess and "repent" but we have long suspected there was more that was never confessed.

3.   Describe any physical limitations he has.
He gets allergic reactions to certain dust like when working in a hog barn or tearing down an old building. eyes and throat will swell.

4.   How does he express anger?

He has had an explosive temper which comes out in verbal tirades

5.   Has he ever been abused physically, verbally, sexually? *(Circle those that apply)*
Describe that abuse

Not that we are aware of, but when growing up he felt somewhat pushed back by his older brothers and was determined to show that he was as "tough" as they.

6.   Does he struggle with depression? Yes    If yes explain his struggle
When he goes "down" he described his thoughts as "very dark" and sometimes broods about violent things that happen to people. Doesn't want to do anything except sleep. A Psychiatrist from ND has diagnosed him with "major depression" and he does take medication.

7.   How does he relate to his peers?

This will sound strange, but Michael can make friends with almost anyone. The thing that makes him reject people is if in his mind he decides the person is "big on themselves". Then he despises them.

8.   How does he relate to his siblings?

It has been too often overbearing and somewhat demanding. one of the children remarked "I just hope he will be nicer when he comes home".

DOL0202