# Liberty Ridge Farm Committee

May 17, 2022
1:00 PM

Minute # 22LR5

The Liberty Ridge Farm Committee meeting was held via conference call with the following brethren connected: Kenton Kreider, Jacob Brubaker, Nelson Martin, Wayne Martin, Gerald Nolt, Brian Stauffer, Mark Sensenig, Mark Torkelson, Loren Weaver, and Seth Heisey. Brother Kenton chaired the meeting and called on Brother Brian to lead in prayer. The minutes of the last meeting and the financial report were read and approved.

## I. RESIDENT REPORTS

### On Site Residents
A. ▮▮▮▮ has been keeping up with his work, but is not responding as well to direction. He desires to improve.
B. Mathew has good behavior in general, but some attitudes need improving

### Remote Residents
C. Conrad seems to enjoy it at Kevin Nolt's. There are plans to start some Bible studies for him.
D. Though Jacob is officially not with LRF, we still have a connection with and a concern for him. He has regressed and needs another place to live.
E. Trivette is not doing well in the area of purity. His lack of progress is concerning.
F. Though Travis seems to be doing well, he has displayed some needs.

## II. FARM REPORT

A. The flock of broilers for Eastern Poultry is gone and a new flock of pullet chicks for Risser's Poultry is in house #1. Bio security measures are being put in place.
B. Wengerd Pallet is building two loads of pallets for us for the month of May to assist us during this time of fewer personnel.
C. The sprinkler system is nearing completion.
D. We are still waiting on an occupancy permit.
E. Speed limit signs are ordered from Horst Signs for the driveway past the neighbors.

## III. FACULTY REPORT

A. Aaron Martin asked to be relieved of conducting the weekly classes. Vernon Weaver is filling this slot for now.

## IV. LICENSURE REPORT

A. The Certificate of Occupancy process is in progress.
B. The personnel are in place to do the required training.
C. The clearances required for mentors will also be required for residents 18 years old and older.
D. We support Nelson moving ahead with paper based clearances.
E. We moved in favor of ▮▮▮▮ assisting Nelson with personnel clearances.
F. The forklift trainers are ▮▮▮▮, Loren Weaver and Kenton Kreider.
G. The next meeting with DHS is expected soon.

## V. PROSPECTIVE RESIDENTS

A. ▮▮▮▮ is doing well.
B. ▮▮▮▮ is still in need of further help.
C. ▮▮▮▮'s son ▮▮▮▮ may also benefit from this institution.

## VI. AGENDA

A. The mentor supply is looking good at this point.
B. Some youth helped in the pallet shop on Saturdays in the month of May because of our reduced work force.
C. We moved in favor of a small, portable CD player being used in the house at the House Parent's discretion.
D. It was observed that the mentor reporting should be streamlined a bit.
E. The handbook is being updated to comply with the licensure requirements.

## VII. NEXT MEETING DATE

A. Tuesday, June 21, 2022 at 1:00 PM.
B. We moved in favor of making the scheduled joint meeting with the Eastern Mennonite Children's Services optional with them and postponing the Workers' Meeting indefinitely due to the uncertainty of the licensure process.

The meeting adjourned at 3:15 PM when Brother Mark Sensenig led in a closing prayer.

Submitted by, *Seth Heisey*, Secretary