# Liberty Ridge Farm Committee

September 24, 2019
3:00 PM

Minute # 19LR9

The Liberty Ridge Farm Committee met at the farm with the following brethren present:  Jacob Brubaker, Kenton Kreider, Wayne Martin, Gerald Nolt, Joseph Sensenig, Mark Sensenig, Mark Torkelson, Loren Weaver, and Seth Heisey. Brother Jacob chaired the meeting and called on Brother Loren to lead in prayer. The minutes of the last meeting and the financial report were read and approved.

## I. STAFF MEETING REPORT

A. Joseph has been disrespectful and unmannerly the last while. He has tried to deny his poor behavior and has been a challenge to relate to.
B. Braiden finished carrying his lie bags this morning and seems to have a good attitude toward this consequence. We are concerned about his attitude that if he doesn't get caught, it must be O.K.
C. Kenton is still displaying a need for growth. He refused to give an ax back on one occasion and on several occasions has used the power of suggestion to accomplish his own agenda.
D. Matthew has displayed irresponsible and disrespectful behavior but there have been no episodes with him in recent days.
E. Yared arrived on September 10, 2019 and is quite needy. He doesn't take direction well, despises productive work and refuses to talk when challenged. We want him to change.

## II. FARM REPORT

A. No report given.

## III. FACULTY REPORT

A. We need more fire wood to keep our boys occupied.
B. Wayne Troyer from Wengerd Pallet has a Wood Miser saw mill he would like to donate to the farm. We feel this donation is a real God send. It comes at a time when we need more work for our 6 residents and their mentors. We moved in favor of accepting this donation. We also agreed that our Secretary would draft a thank you note to Wayne and this note would accompany a receipt to him from our Treasurer for $10,500.00, the approximate value of the saw mill.
C. The question of playing games that use hard balls or soft balls has come up. We moved in favor of restricting games of this nature to only pitch and catch with a softball.

D. We moved that Nelson, David and Gerald would discuss plans for a shed with dimensions up to 50'x 100'.
E. In order to meet the schooling needs of Conrad Torkelson and potentially more of our residents, we moved that Wayne would organize the schooling and ask Curtis Klippenstein to be the teacher.
F. Joseph desires schooling, but we question his motive and agreed that he needs to have a 2 month stretch of honesty before we give him schooling.
G. While Kenton Zimmerman is attending the Goodwill School each morning, we moved that he would not go with the school on their field trip. We don't want him to be too isolated from the family here.
H. To help meet the need of profitable activities on Saturdays, we moved that Kenton Kreider would initiate bringing speakers in perhaps once or twice a month on Saturdays to give informative, character building talks.

## IV. PROSPECTIVE RESIDENTS

A. Plans are in place for Conrad Torkelson to arrive as soon as is reasonable after October 1, 2019.

## V. AGENDA

A. We moved in favor of the LRF family going to Alexander Caverns for their field trip.
B. We reviewed ████████'s questionnaire and approved him for an interview.
C. We are in favor of submitting Levi Rudolph's name to MMM as an option for mentor and Vernon and Doris Weaver's names (Honey Brook) as an option for house parents.
D. Because of the increase in mentors, we are in favor of Tuesdays being an option for mentors to take off. Though this means they will at times be absent at staff meetings, the fill-in mentors can be present at these meetings.
E. To help prevent the problem of new residents arriving without proper clothes and other needed

items, we are in favor of Millard making a list of needed items for new residents and submitting it for committee review.

## VI. NEXT MEETING DATE

A.   Tuesday, October 15, 2019, at 3:00 PM.

The meeting adjourned at 6:00 PM when Wayne Martin led in a closing prayer.

Submitted by,
Seth Heisey, Secretary