# Daily Moral Inventory

Name _Benjamin Martin_    Date _Sep 5 2016_    Rising Time _nine o'clock_    Days Rating _eight_

Devotional Passage and thought _Mark 15:25 36 God withdrew His light from the earth so Satan_ _could fulfill God's plan of salvation._

Goals for the day _I will work at being courteous and respectfull today._

Activities _We hauled a number of loads of firewood up to the woodshed this morning and the afternoon we did more work in the chickenhouse._

Highlights / Victories _Justin and Dennis caught another groundhog today._

Lessons learned _I learned that is much better to have silence when rebuked instead of defending_ _meself._

Regrets / Failures _I failed to trust those around me at times today._

What did I do to help others today? _I failed to find ways of being helpful to those around me today._

Did I Do My Chores? Yes ☑ No ☐

*handwritten margin notes:*
* Time of Transition = Time of adjustment
 — How do you feel about this move?
 — How does it meet your expectations +, =, –
 — There are unknowns ( we don't know how everything will work )

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems  *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing — Let go & Let God ( be a contribut |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse where you  *Not Obedient*    Not Submissive*    ( -2 points)    Acting silly can Ø |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger  Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others  Not serious about memory work nor class |
| +1 | 0 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, (Low esteem) |
| +1 | 0 | Spiritual | Apathy, Guilty, Forgetting God, Worry, (Lack of trust)  * Not worshipping*  ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard  * For Doing Consequences*  ( -5 points)    Not totally transparent |
| +10 | 8 | | Total Point Rating |

*margin notes beside table:*
Christian Home
Caring Home
Colorful Home
— But there are knowns

COACHING MENTOR _Wesley Seibel_
SIGNATURE

DOL0036

# Daily Moral Inventory

Name _Benjamin Martin_   Date _Sep 4 Mon_   Rising Time _six o'clock_   Days Rating _eight_

Devotional Passage and thought _Isaiah 53:4-12 Christ suffered in various ways as men. He was stricken, smitten, afflicted, oppressed, bruised, and suffered unjustly._

Goals for the day _I will keep my mind on the present instead of dreaming of the future_

Activities _We installed a water hydrant at S who house today and we built pallets for an hour this afternoon._

Highlights / Victories _I received a phone call from my grandmother this evening._

Lessons learned _I learned to be patient when waiting on work orders today._

Regrets / Failures _I failed to be very cheerful when I was not feeling the best today._

What did I do to help others today? _I closed the trailer doors for Ryan this morning and I also gave Mom my chair this evening at our out of doors supper this evening._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient*   Not Submissive* ( -2 points)   Acting silly |
| +1 | 0 | Outlook | Not patient, (Not cheerful,) Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | Disrespect for authority, , No self-respect, (Inconsiderate,) Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points)   Not totally transparent |
| +10 | 8 | | Total Point Rating |

COACHING MENTOR _Wesley Seibel_
SIGNATURE

DOL0037

04/19/2017  09:27AM  7174630021                                                          PAGE  04/09

# Daily Moral Inventory

Name *Benjamin Martin*    Date *April 15 Sat*    Rising Time *something*    Days Rating *eight*

Devotional Passage and thought *1 Thessalonians 5:1-11  We gain true spiritual perception from the Bible, which helps us to have victory over temptation. We need to be sober and vigilant because the tide of this world will take us down if we do not take heed.*

Goals for the day *I will do as I am told with a cheerful attitude, today.*

Activities *We cleaned house this morning, and this afternoon we did some mowing and trimming.*

Highlights / Victories *I did as I was told right away today.*

Lessons learned *I learned to look past my discouragements and focus my mind on other things.*

Regrets / Failures *I regret thinking critical thoughts of others today.*

What did I do to help others today? *I washed most of the lunch dishes for Mom after lunch this afternoon.*

Did I Do My Chores?  Yes ☑  No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | I | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems  *Lying* ( -2 points) |
| +1 | I | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | I | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse  *Not Obedient*  Not Submissive* ( -2 points)    Acting silly |
| +1 | - I | Outlook | Not patient, Not cheerful, Pity, Bitterness, (Discouragement) Pouting, Anger  Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | I | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | I | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | I | Performance | Lazy, "Do not want to", Procrastinate, Did not help others  Not serious about memory work nor class |
| +1 | I | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | I | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust  * Not worshipping* ( -2 points) |
| +1 | I | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard  * For Doing Consequences* ( -5 points)    Not totally transparent |
| +10 | 8 | | Total Point Rating |

COACHING MENTOR    *Wesley Seibel*

SIGNATURE

DOL0038

DOL0039

# Daily Moral Inventory

Name _Benjamin Maras_    Date _April 4 Tues_    Rising Time _six o'clock_    Days Rating _eight_

Devotional Passage and thought _Matthew 1:18-25 Jesus Christ spirit is with us to help us overcome_ _evil. Christ lived among man before He provided salvation for sin._ why is that important? (He knows our struggles)

Goals for the day _I will do my work willingly and to the best of my ability today._

Activities _We had welding class part of this morning, and this afternoon we did a number of projects at the Diedenkau_

Highlights / Victories _I strove to do my work to the best of my ability today._

Lessons learned _I learned to give others the benefit of the doubt today._

So, what happened? Is this serious?

Regrets / Failures _I failed to be a very good sport while playing games tonight._

What did I do to help others today? _I helped to put away the songbooks this morning after devotions_

**Did I Do My Chores? Yes ☑ No ☐**

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems **\*Lying\*** ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse **\*Not Obedient\*    Not Submissive\*** ( -2 points)    Acting silly |
| +1 | 0 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust \* Not worshipping\* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard \* For Doing Consequences\* ( -5 points)    Not totally transparent |
| +10 | 8 | | **Total Point Rating** |

COACHING MENTOR _Wesley Seibel_

DOL0040    SIGNATURE

# Daily Moral Inventory

Name _Benjamin J Martin_    Date _April 3 Mon_    Rising Time _six o'clock_    Days Rating _nine_

Devotional Passage and thought _Isaiah 9:1-7 Christ's kingdom is for all, but there are many who turn away from the prospect of living in heaven. Spiritual things will last forever, but earthly things will pass away._

Goals for the day _I will do my work today whole heartedly._

Activities _We finished hanging insulation in Eshir's basement today, and we also swept the basement._

Highlights / Victories _I was able to control my selfwill instead of bragging today._

Lessons learned _I learned to be more humble when I felt like bragging a bit._    (Good winner)

(Playing Games are can reveal hidden character traits)

Regrets / Failures _I found myself selfishly glorying in my success while playing a game._    (Good Loser)

What did I do to help others today? _We retained a shelving and a cabinet and took them down to David's garage for Barbara to paint._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* Not Submissive* ( -2 points)    Acting silly |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 0 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points)    Not totally transparent |
| +10 | 9 | | **Total Point Rating** |

COACHING MENTOR _Wesley Heibel_

SIGNATURE

**Daily Moral Inventory**

Name *Benjamin Martin*  Date *April 1 Sat*  Rising Time *six thirty*  Days Rating *eight*

Devotional Passage and thought *Matthew 3:1-12 John prepared the way of Christ by reminding those around him of Christ's coming. He also preached that the only way to follow Christ is by true repentance and baptism.*

Goals for the day *I will think of others ahead of myself today.*

Activities *This morning we did normal Saturday cleaning, and this afternoon we did various small work projects.*

Highlights / Victories *I was able to overcome my disrespectful attitude by thinking of the good others do for me.*

Lessons learned *I learned to control myself when I felt like I was being drug (in the mud)*

Regrets / Failures *I failed to be very cheerful at times today because of my own selfish thoughts.*

What did I do to help others today? *I washed the lunch dishes for Mom this afternoon.*

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* Not Submissive* ( -2 points) Acting silly |
| +1 | 0 | Outlook | Not patient, (Not cheerful) Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | (Disrespect for authority,) , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points) Not totally transparent |
| +10 | 8 | | Total Point Rating |

COACHING MENTOR *Wesley Seibel*

SIGNATURE

**Daily Moral Inventory**

Name *Benjamin J. Martin*    Date *April 2 Sun*    Rising Time *six fifteen*    Days Rating *nine*

Devotional Passage and thought *Mark 6:14-29 John stood for what is right, and condemned Herodias sin even though it meant being in prison and finally beheaded.*

Goals for the day *I will meekly accept others idea for something to do this afternoon.*

Activities *We attended church this morning and this evening, and I worked on my Instruction class lesson this afternoon*

Highlights / Victories *Today the weather was about perfect and we took a walk to get some fresh air.*

Lessons learned *I learned to accept others ideas respectfully today.*    *when do these challenges come? to the surface.*

Regrets / Failures *I acted a little silly at times today*

What did I do to help others today? *I helped to clear the lunch table this afternoon.*

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* (-2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 0 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* Not Submissive* (-2 points)   (Acting silly) |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* (-2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* (-5 points)    Not totally transparent |
| +10 | 9 | | Total Point Rating |

COACHING MENTOR    *Joshua Musser*

DOL0043    SIGNATURE

# Daily Moral Inventory

Name _Benjamin Martin_  Date _March 28 Tues_  Rising Time _six o'clock_  Days Rating _nine_

Devotional Passage and thought _Matthew 11: 7-15 He that is least in the kingdome of heaven shall be greater than John the Baptist. In heaven we will all be equal. No man will be higher than the other._

Goals for the day _I will give a respectful answer when spoken to today._

Activities _We worked on David's air compressor and high life this morning, and we built some pallets this afternoon._

Highlights / Victories _I had my sixth instruction class lesson with the whole class this evening._

Lessons learned _I learned that if you have a cheerful outlook on life, it will be much more pleasent._

Regrets / Failures _I regret being a little sarcastic today._

What did I do to help others today? _We helped to clean up after the class this evening._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems  *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse  *Not Obedient*  Not Submissive* ( -2 points)  Acting silly |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | Disrespect for authority, , No self-respect, (Inconsiderate,) Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others  Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust  * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard  * For Doing Consequences* ( -5 points)  Not totally transparent |
| +10 | 9 | | Total Point Rating |

COACHING MENTOR _Wesley Seibel_

DOL0044  SIGNATURE

DOL0045

# Daily Moral Inventory

Name _Benjamin Marin_  Date _March 27 Mon_  Rising Time _six o'clock_  Days Rating _nine_

Devotional Passage and thought _Isaiah 40:1-11 The glory of the Lord will be revealed in Jesus Christ, when God will feed the flock of Christ like a Shepherd, and He shall gather the lambs with His arm, and carry them in His bosom, and gently lead the young._

Goals for the day _I will mind my own business today, instead of digging in others matters._

Activities _We worked in the basement most of the day, and we cleaned up the feed mess in the barn as well._

Highlights / Victories _We took the first step in getting rid of the rats in the barn today._

Lessons learned _I learned to take my time and do things the right way the first time._

Regrets / Failures _I regret acting a little lazy today._

What did I do to help others today? _I helped to put away the songbooks after we sang in devotions._

**Did I Do My Chores? Yes ☑ No ☐**

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems **\*Lying\*  ( -2 points)** |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse **\*Not Obedient\*    Not Submissive\*    ( -2 points)**    Acting silly |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 0 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust **\* Not worshipping\*  ( -2 points)** |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard **\* For Doing Consequences\*  ( -5 points)**    Not totally transparent |
| +10 | 9 | | Total Point Rating |

COACHING MENTOR _Wesley Seibel_
SIGNATURE

DOL0046

# Daily Moral Inventory

Name _Benjamin D. Morain_    Date _March 26_    Rising Time _six fifteen_    Days Rating _nine_

Devotional Passage and thought _John 13:31-38  That ye love one another was a new commandment, because the people were to love instead of hate and kill their enemies as was done in old times._

Goals for the day _I will readily except others ideas today even if I do not like them._

Activities _We attended church this morning, and I finished my essay this afternoon._

Highlights / Victories _I finished up my essay this afternoon._

Lessons learned _I learned to restrain myself when I felt like complaining._

Regrets / Failures _I regret acting a little out of hand today._

What did I do to help others today? _I was going to wash the lunch dishes this afternoon, but someone else had to do it so I was not able to wash them. I fried Joshua's bacon for him before supper._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems  **\*Lying\*  ( -2 points)** |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 0 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse  **\*Not Obedient\*    Not Submissive\*   ( -2 points)**    (Acting silly) |
| +1 | 1 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger  Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others  Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust  **\* Not worshipping\*   ( -2 points)** |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard  **\* For Doing Consequences\*  ( -5 points)**    Not totally transparent |
| +10 | 9 | | **Total Point Rating** |

COACHING MENTOR _Joshua Musser_

DOL0047    SIGNATURE

# Daily Moral Inventory

Name _Benjamin Mascini_ Date _March 12 Mon._ Rising Time _six o'clock_ Days Rating _nine_

Devotional Passage and thought _1 Corinthians 15:35-49. Those who have followed Christ will rise with new bodies, and there will be no infirmities with the heaven-bound ones._

Goals for the day _I will put away selfish thoughts today and cheerfully serve others._

Activities _We helped to build pallets this morning and the afternoon._

Highlights / Victories _I had victory over the problem of thinking disrespectful thoughts of those around me today._

Lessons learned _I learned that forgiveness is the only way to find happiness when others have (wronged you.) (... and love covers a multitude of sins)_

Regrets / Failures _I failed to have a very respectful attitude to those around me today._

What did I do to help others today? _I emptied the saw dust slop pail into the big slop bucket for Peter this evening._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | I | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | I | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | I | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* Not Submissive* ( -2 points) Acting silly |
| +1 | I | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | Disrespect for authority, No self-respect, Inconsiderate, Argumentative |
| +1 | I | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | I | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | I | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | I | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | I | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points) Not totally transparent |
| +10 | 9 | | Total Point Rating |

COACHING MENTOR _Wesley Seibel_
SIGNATURE

DOL0048

# Daily Moral Inventory

Name _Benjamin T Morin_   Date _March 11 Sun_   Rising Time _six fifteen_   Days Rating _eight_

Devotional Passage and thought _Jeremiah 35:1-17. The Rechabites benefited from Jonadab's example because he and blessed them. They were also blessed with clear consciences._

Goals for the day _I will be more respectful of others in my thoughts today._   _Great!_

Activities _We attended Millennium Church this morning, and I wrote a letter to my family this afternoon._

Highlights / Victories _We took a short walk on the property here today._

_respect for others does that ... love does it better_

Lessons learned _I learned to be a (cheerful loser) when we played games this evening._

Regrets / Failures _I regret being critical of those around me at times throughout the day_

What did I do to help others today? _I wrote a letter to my family on my own accord today._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient*   Not Submissive* ( -2 points)      Acting silly |
| +1 | 0 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, (Critical) |
| +1 | 0 | Respect | Disrespect for authority, , No self-respect, (Inconsiderate,) Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points)      Not totally transparent |
| +10 | 8 | | Total Point Rating |

COACHING MENTOR   _Wesley Seibel_
SIGNATURE

DOL0050

# Daily Moral Inventory

Name _Benjamin Martin_    Date _March 10 Sat_    Rising Time _5 in the morn_    Days Rating _eight_

Devotional Passage and thought _Abraham showed Isaac an example of making peace with his_
_enemies. Genesis 13:5-9; 26:17-25_

Goals for the day _I will be a peaceful neighbor to all those around me today._

Activities _We cleaned house this morning, and we finally finished the C & B Cadet today_ (Work Ok ?)

Highlights / Victories _We finally completed the last job on the Cafe Cadet._

Lessons learned _I learned, that patience and consistency eventually wins_ (The Man with the patience wins)

Regrets / Failures _I failed to be very considerate of those around me at times today._

What did I do to help others today? _I washed the lunch dishes for Mom this afternoon._

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong impressions, Not admitting to your problems *Lying* (-2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* *Not Submissive* (-2 points)    Acting silly |
| +1 | 0 | Outlook | Not patient, (Not cheerful), Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, Critical |
| +1 | 0 | Respect | Disrespect for authority, , No self-respect, (Inconsiderate) Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* (-2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* (-5 points)    Not totally transparent |
| +10 | 8 | | Total Point Rating |

COACHING MENTOR    _Wesley Seibel_
SIGNATURE

DOL0052

DOL0053

# Daily Moral Inventory

Name *Benjamin Martin*   Date *March 10 Fri*   Rising Time *six o'clock*   Days Rating *nine*

Devotional Passage and thought *Proverbs 11:17-31 A merciful man is gracious to all, he thinks of those poor, and he doth good. Joseph was a merciful man.*

Goals for the day *I will strive to be merciful unto those around me today.*

Activities *We built pallets most of the day today.*

Highlights / Victories *I received a phone call from my grandparents from Canada* (Wonderful) *this evening.*

Lessons learned *I learned to discipline myself to do the best I could in my work today.*

Regrets / Failures *I regret being a little critical of those around me at times today.*

What did I do to help others today? *I helped to clean the lunch table this afternoon.*

Did I Do My Chores? Yes ☑ No ☐

## The Day's Rating Calculator

| Total Value | Actual Value | Value Subject | Diagnostic Value Description |
|---|---|---|---|
| +1 | 1 | Honesty | Deceptive, Wrong Impressions, Not admitting to your problems *Lying* ( -2 points) |
| +1 | 1 | Purity | Impure thoughts, Impure actions, Fantasizing |
| +1 | 1 | Behaviour | Not self disciplined, Needed scolding, Broke or Spilled something, Self abuse *Not Obedient* Not Submissive* ( -2 points)    Acting silly |
| +1 | 0 | Outlook | Not patient, Not cheerful, Pity, Bitterness, Discouragement, Pouting, Anger Resentment, Complaining, Unthankful, Bad Attitude, (Critical) |
| +1 | 1 | Respect | Disrespect for authority, , No self-respect, Inconsiderate, Argumentative |
| +1 | 1 | Responsible | Not dependable for chores nor commitments, Blame others |
| +1 | 1 | Performance | Lazy, "Do not want to", Procrastinate, Did not help others Not serious about memory work nor class |
| +1 | 1 | Self Worth | Pride, Sense of entitlement, Hypocritical, Selfish, Low esteem |
| +1 | 1 | Spiritual | Apathy, Guilty, Forgetting God, Worry, Lack of trust * Not worshipping* ( -2 points) |
| +1 | 1 | Commitment to the program | Holding back, Resisting changing, Only doing minimum standard * For Doing Consequences* ( -5 points)    Not totally transparent |
| +10 | 9 | | Total Point Rating |

COACHING MENTOR *Wesley Seitel*
SIGNATURE

DOL0054