# Liberty Ridge Farm Committee
July 16, 2019
3:00 PM

Minute # 19LR7

The Liberty Ridge Farm Committee met at the farm with the following brethren present:  Jacob Brubaker, Kenton Kreider, Wayne Martin, Gerald Nolt, Joseph Sensenig, Mark Sensenig, Mark Torkelson, Loren Weaver, and Seth Heisey. Nelson Martin was connected by phone. Brother Jacob chaired the meeting and called on Brother Gerald to lead in prayer. The minutes of the last meeting and the financial report were read and approved.

I. STAFF MEETING REPORT
   A. ███████ is doing well. He desires church membership, but was told that this should wait until he is established in a home. He does still struggle with thinking that he knows best.
   B. Joseph had a good visit with Brother Nelson Witmer. He gets side tracked easily and is forgetful.
   C. ███████ has been doing well, but recently lied about sleeping in class. He forgot his chores twice last week. We want him to keep growing.
   D. Kenton has been doing better. His attitude improved when he realized that the root digging has really been his problem.

II. FARM REPORT
   A. No report given.

III. FACULTY REPORT
   A. We are grateful that Wendell Hurst is willing to begin serving as Guidance Coordinator on Monday, July 22 and continue through the week of Thanksgiving. ███████ plans to come in for the weekly purity talks with the residents.
   B. The need for a Guidance Coordinator beyond the week of Thanksgiving continues.
   C. After further discussion we have amended our list of brethren to be submitted to MMM as options for Guidance Coordinator and are no longer in favor Clair Wadel's name being included on this list.
   D. We approved the brethren, Paul Reinford and Dennis Steinhauer to be submitted for MMM approval as options for house parents.
   E. Harold and Audrey Siegrist plan to serve as house parents for three weeks (beginning next week) to give Millard and Joyce a break as they face Millard's health concerns.

IV. PROSPECTIVE RESIDENTS
   A. ███████ and ███████ are seeking help for two of their adopted sons, Braiden and Matthew. These two young men see their need for help and are willing to comply with the guidelines at LRF. Matthew is ███████ and has ███████

███████ The interview with them went well.

V. AGENDA
   A. ███████
   B. Nelson reported that the interest free loan from ███████ for house #3 has been fully paid and requested that our Secretary write a thank you letter for her generosity.
   C. Kenton reported that ███████ Zimmerman has chosen not to take his son, Kenton to Florida for brain therapy at this time.
   D. Seth reported that Whispering Hope now has an opening for ███████ to move in as an in - house patient. He is planning to move next Tuesday, July 23.
   E. ███████ is doing well and we are projecting a graduation date for him of mid September. After his graduation Luke Sensenig and Mark Torkelson are willing to continue to give him guidance with Kendall Kurtz continuing as his mentor. In light of this we do not feel that ███████ needs to be under the CCC.
   F. ███████'s graduation is the end of July and Nelson reported that the ███████ family from Kralltown is willing to give ███████ both a home and employment.
   G. Nelson and Jane Martin would like to take ███████ out to Wyoming in the near future to visit his family, especially his aging mother. We moved in favor of this.
   H. We moved in favor of accepting Matthew and Braiden Zimmerman as residents with the understanding that if problems arise, one boy may need to leave.
   I. The Millerstown school board is negative to enrolling Kenton at this time; however the Goodwill school board will further consider enrolling him for a few hours each morning.
   J. ███████ was approved to be submitted for MMM approval as an option for mentor.

VI. NEXT MEETING DATE

A.   Monday, August 26, 2019, at 3:00 PM followed by a joint meeting with the CCC at 6:00 PM

The meeting adjourned at 5:30 PM when Seth Heisey led in a closing prayer.

Submitted by,
Seth Heisey, Secretary