To: The Liberty Ridge Committee

From: Child Care Committee, Donald Kauffman

### Home/Work Possibilities for Benji Martin

- Ethan Zimmerman at Kenton Delaware was contacted about Benji working in the wood working shop.
Ethan was rather negative to have time to relate to the situation. Also the LR Committee did not see this kind of work as a good option.

- Checked with Jason Ehst from Kenton.
Not much to offer, he was not sure about the landscaping business that Bro. (?) Steinhauer has. It may be a family working business.

-LBC gave the idea of Michael Newswanger. I checked with Kevin Newswanger about Michael Newswanger for work. Michael was eager for his help. Michael called me and mentioned that his father was not open for this. Michael thought that someone should talk to his father. Michael also talked to David Keener and wondered where this stands. I discussed this with Lester Weaver and he was rather negative. I conferred with David Keener and he discussed this with the ministry from Danville. They were negative to this. They were going to give the word back to Michael.

- Checked with Dana Ressler from Highland for possibilities.
They could not give any home recommendations; but a possibility of work.

- Checked with Merle Sensenig from Yellow Springs/Woodbury.
Negative for James Siegrist.

- Checked with Ernest Wine from Miners Village about Clifford Good's.
They have enough challenges in their congregation. "It's a good work. God Bless."

- Called Nevin R Weaver about him checking at Maple River for possibilities.
Timothy Leid's shop was discussed as a possibility for work, but a home is needed.
. . . -Nevin Weaver and I discussed the need. He is going to check again with Timothy Leid from Maple River. Nevin gave word back that it will not work at Maple River. Nevin is going to check in his home area for leads.

- Checked with Earl Musser Jr. about Leroy Zimmerman for home and his son Gary for work. I called Leroy and they are busy taking care of his parents. He said they could give him work. Called Earl Musser Jr. again and asked for home possibilities.

DOL0021

- Checked with Lamar Burkholder from Little Mountain for home possibilities near Leroy Zimmerman's. He got back and gave Marlin Nolt's for home possibility. I checked with Marlin. . . . -I called Marlin Nolt back. It will not work. They have other responsibilities to see for.  And also I discovered that LRC is not in favor of Benji working for Leroy Zimmerman. I asked Marlin about the possibility of him giving him work if we find a home in the area. Did not get yes or no answer.

- Checked with David Keener about Melvin Rohrer's home. Did not get an answer back yet.

- Checked with Harold Hurst from Little Falls. He discussed it with other ministry and checked for a few home possibilities. They are concerned about the influence it could bring. Negative for homes, but possibility someone could give work

- Briefly discussed this need with Michael Wine from Crystal Light. Did not seem very open to the idea. Will think about it.

- Presented the need to Stephen Nolt from Indian Creek. He wants to think about it.
-I discussed the need with Stephen Nolt from Indian Creek a few times again. He is going to discuss it with his fellow ministry and possibly present the idea to a few brethren from the congregation. He is busy. We need to follow up on this later.
I checked back with Stephen. He discussed it with the fellow ministry and also a few brethren as possible host family and work opportunity. The question came up if they have enough of these cases in their congregation. They are having minister's meeting with the Bishop and want to discuss this farther.

- Checked with Mervin Burkholder from Centerville about Elton Eby's for a home. I called Elton Eby. He said that is a new thought. I asked about them giving a home and his sons giving work on the farm. In a few days I can check back with him.
 . . . . -I called Elton Eby back. It will not work for their home. He is asked to serve at LR again and cook at Bible School this winter. He is on the truck.

-Lester Weaver and I thought it would be good to contact Benji's local ministry. I called David Martin to reach out for their input and he brought up the idea of Washington State at Stanley Heisy's, but knew the LRC negative feeling.

-Checked with Jason Ehst for permission to ask Harold Sensenig's for a home. He said I could ask, so I called Harold Sensenig and need to check back later.
I checked  back with Harold and their answer is negative. He said work opportunity would be in question and also their son Marcus helps out at Liberty Ridge and he could not come home to a break if they boarded Benji.

DOL0022

-Checked with Jay Paul Hursh from Valley View about some homes in his congregation. We need to discuss it again.

When later discussing it with Jay Paul, he thought that Jay Aukers would make a good home, but they have a 13-14 year old boy. Bruce Martin's may be a possibility, but Jay Paul is more doubtful if we will get a positive answer from them. In either of these possibilities, we would need to find work for Benji.

I called Jay Auker to ask about their home. He will discuss it with his wife and family and I need to follow up.

I called Jay Auker again. He met Benji at Ashland today. He said they are not negative to it at this point. They need to work through some more details and I will need to call him back in about a week.

-I got a call back from David Martin, Benji's minister. He had a conversation with Michael Leaman from Rochester, WA. He heard of the phone call that Michael had to Liberty Ridge and could understand a little how that could have come across. David was at Bible School years before when Michael was there as a student and knew his personality. He suggested to Michael that he could apologize for that. He thought it interesting that Benji liked it in Washington and that there is a job and home offer. Could this be made to work?

-I called Roy Zimmerman to ask about their home and his son Wendell for work. Roy wants time to think about it, but did not give much hope. He said that Wendell does need a helper. I asked about any other home possibilities.

I called Roy again and he said it will not work.

-I called Jonas Stoltzfus and asked about any possibilities at Bernville. He could not give any suggestions immediately, but will give it some thought.

-Nevin Weaver and I discussed Adrian Kuhns and Harold Ebys from Antrim congregation for a home. Mountain View congregation was also mentioned.

DOL0023