**Employee Personal Interview Statement**

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws.  While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s).  Your identity will be kept confidential to the maximum extent poss ble under existing law.

███████ _____
**(Date)**

███████ _____
**(Place of Interview)**

I, Mr. , Miss, Mrs. Ms. ███████████    █ ████████
      **(Name of Employee)**          **(Number, street, apt. no.)**

███████ _____  █ _____  ████ _____
**(City or Town)**                **(State)**              **(Zip Code)**

███████ ,
**(Telephone Number)**    **(Driver's license #-Do not request if number is same as Social Security number)**

_____ years of age, (was/have been) employed by    Liberty Ridge Farms
                                                        **(Establishment)**

McAllisterville, PA            for the approximate period from  ████████ █ ████████
**(Location of Establishment)**

as   Mentor
        **(Occupation or description of duties)**

Statement:

I was a Mentor at Liberty Ridge ███████████████. We worked 5 days a week and about 7 to 8 hours a day.  We took a long break for lunch.  I worked on construction of pallets most of the time.  We used an air nailer.  The minors did not.  They assembled the pallets in pieces and the mentors nailed it down.

With the firewood the menotrs used chainsaws to get them down to size and then everyone would use axes to cut them down to the proper pieces.  The farm doesn't own the chickens.  We just take care of them.  We feed them and clean out their area.

I had a full time job before this and then I went back to it. ███████████████████ ██████████████████████████ I got a $250 stipend while I was there to cover expenses since I wasn't working.

 I do not know where the pallets and firewood go.  ███████████████████████ ███████████████.  We would help with bible study and any schooling done with the minors. We did not work more than 40 hours a week.  No one was injured while I was there.  I was able to come and go as I pleased but only did so on the weekends.  Minors only used hand tools and no power tools.

Taken over the phone by Investigator Harvey

Form WH-31 (Revised Jan. 2001)
B-

DOL0206