**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br><br>  Plaintiff,<br><br>v.<br><br>MENNONITE MESSIANIC MISSION OF THE EASTERN PENNSYLVANIA MENNONITE CHURCH, doing business as LIBERTY RIDGE FARM, and NELSON MARTIN<br>  Defendants. | :<br>:<br>:<br>:<br>: Case No. 1:22-cv-01355-YK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF COUNSEL**

I, Meghan Wynkoop, Esq., counsel for Defendants hereby declare Defendants' Supplemental Brief in Support of their Motion for Summary Judgment filed this day, contains 7,005 words.

**MARGOLIS EDELSTEIN**

*/s/ Meghan Wynkoop, Esq.*
Meghan Wynkoop (PA 324242)
Anastasia Baranowski (PA 329297)
mwynkoop@margolisedelstein.com
abaranowski@margolisedelstein.com
The Curtis Center – Suite 400E
170 S. Independence Mall W.
Philadelphia, PA 19106-3337
T: (267) 931-5828

Dated: October 30, 2024

*Attorneys for Defendants*